# ALLAN B. MENDELSOHN, LLP
*Attorneys at Law*
38 NEW STREET, HUNTINGTON, NY 11743
TELEPHONE (631) 923-1625    FACSIMILE (631) 423-4536

ALLAN B. MENDELSOHN
MICHAEL J. O'SULLIVAN

OF COUNSEL

United States Bankruptcy Court
Clerk of the Court
290 Federal Plaza
Central Islip, NY 11722

May 5, 2015

        Re: Lan Utilities Electric, Inc.
           Case No. 810-76780-AST
           Chapter 7

Dear Sir/Madam,

      Please let this serve to respond to your request for a status report for the administration of this estate.

      The Trustee has completed administration of the assets of this case and is in the process of filing final estate tax returns and confirming the final taxing authority and other administrative claims for the Final Report. It is anticipated that the Final Report will be issued in either May or June 2015.

      I hope this information is satisfactory.

Sincerely,

Michael J. O'Sullivan